%JS 45 (5/97) - (Revised USAO MA 3/20/11) Case 1:15-cr-10323-IT Document 1-1 Filed 10/28/15 Page 1 of 4

**Criminal Case Cover Sheet**     U.S. District Court - District of Massachusetts

Place of Offense:    Category No. **II**    Investigating Agency **IRS**

City **Andover**

Related Case Information:

County **Essex**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

SEALED

**Defendant Information:**

Defendant Name **Daniel Gibson**    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☑ Yes ☐ No

Alias Name _____

Address (City & State) **Andover, MA**

Birth date (Yr only): **1957**   SSN (last4#): **7139**   Sex **M**   Race: **Caucasion**   Nationality: **USA**

Defense Counsel if known: **Martin Weinberg**    Address **200 Park Plaza**

Bar Number **519480**    Suite 1000, Boston, MA 02116

**U.S. Attorney Information:**

AUSA **Stephen Heymann**    Bar Number if applicable **558486**

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint ☐ Information ☑ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony **3**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2015    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Daniel Gibson

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 USC 7206(1) | Filing False Tax Return | 1, 2 |
| Set 2 | 18 U.S.C. 371 | Conspiracy | 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** IRS

**City** Andover

**Related Case Information:**

**County** Essex

SEALED

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Mark Kesner     **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☑ Yes ☐ No

**Alias Name**

**Address** (City & State) Canton, MA

**Birth date (Yr only):** 1949   **SSN (last4#):** 1973   **Sex** M   **Race:** Caucasion   **Nationality:** USA

**Defense Counsel if known:** Joshua Solomon     **Address** 133 Federal Street

**Bar Number** 657761     Suite 1902, Boston, MA 02110

## U.S. Attorney Information:

**AUSA** Stephen Heymann     **Bar Number if applicable** 558486

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

## Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:** ☐ Petty     ☐ Misdemeanor     ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** October 28, 2015     **Signature of AUSA:** _[signature]_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Mark Kesner

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 USC 7206(2) | Filing False Tax Return | 3,4 |
| Set 2 | 18 U.S.C. 371 | Conspiracy | 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____