SEALED

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15cr10323 |
| DANIEL GIBSON | ) | |
| and | ) | |
| MARK KESNER | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  MARK B. KESNER,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C § 7206(2) - Assisting in the preparation of false tax returns
18 U.S.C. § 371 - Conspiracy to the United States

Date: 10/28/2015

_Judith Gail Dein_
Issuing officer's signature

City and state: Boston, Massachusetts

Magistrate Judge Judith G. Dein
Printed name and title

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIEL GIBSON | ) | Case No. 15 cr 10323 |
| and | ) | |
| MARK KESNER | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DANIEL P. GIBSON                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C § 7206(1) - Filing false tax returns,
18 U.S.C. § 371 - Conspiracy to the United States

Date:    10/28/2015

*Issuing officer's signature*

City and state:   Boston, Massachusetts            Magistrate Judge Judith G. Dein
                                                  *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*