# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIEL GIBSON | ) | Case No. 15 cr 10323 - IT |
| and | ) | (Cabell) |
| MARK KESNER | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DANIEL P. GIBSON ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C § 7206(1) - Filing false tax returns,
18 U.S.C. § 371 - Conspiracy to the United States

Date: 10/28/2015

*Issuing officer's signature*

City and state: Boston, Massachusetts

Magistrate Judge Judith G. Dein
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

WARRANT EXECUTED BY IRS
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/2/2015

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*