Bk 14439 Pg235 #29177
11-09-2015 @ 09:23a

## MORTGAGE

THIS MORTGAGE is made this _8TH_ day of November, 2015, between Daniel P. Gibson and Lynn Marie Gibson, presently residing at 3 Hazelwood Drive, Andover, MA 01810 (herein "Mortgagor(s)"), and the Clerk of the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts (herein "Mortgagee").

WITNESSETH, for consideration paid and to secure a personal bond of even date for Daniel P. Gibson (herein "Defendant"), in Criminal No. 15-cr-10323-IT, before the United States District Court for the District of Massachusetts (herein "Court"), in the amount of two hundred fifty thousand ($250,000.00) Dollars executed by the Defendant and the Mortgagor(s) in favor of the United States of America, and to secure due observance and performance of the obligation, terms, and conditions as set forth in an Order Setting Conditions of Release dated November 2, 2015, and filed with the Court, and to further secure the performance of all other covenants and agreements of or by the Defendant and Mortgagor(s) herein for the benefit of the Mortgagee, which may now exist or may hereafter exist or accrue while this Mortgage is still undischarged of record, and in furtherance of and pursuant to an escrow agreement made this day between the Mortgagor(s), the United States Attorney for the District of Massachusetts and the Mortgagee, the Mortgagor(s) hereby mortgage, with power of sale, the following parcel of real property, with the following covenants thereon, situate, lying and being in the County of Essex, Commonwealth of Massachusetts, and more particularly described in the following deed:

> A deed from Fieldstone Meadows Development Corp.
> to Daniel P. Gibson and Lynn Marie Gibson
> dated August 24, 1994, and recorded in the
> Essex North County Registry of Deeds at
> Book 4114, Page 252;

TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents royalties, mineral, oil and gas rights and profits, water, water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Mortgage; and all of the foregoing, together with said property are hereinafter referred to as the "Property."

3 Hazelwood Circle, Andover, Mass 01810

FILED IN CLERKS OFFICE
2015 MAY 10 AM 11 44
U.S. DISTRICT COURT
DISTRICT OF MASS.

-2-

THE MORTGAGOR(S) covenant with the Mortgagee as follows:

1. That the Mortgagor(s) shall pay the indebtedness as hereinbefore provided.

2. That the Mortgagor(s) will keep the Property insured against loss by fire or hazards included within the term "extended coverage" for the benefit of the Mortgagee; that the Mortgagor(s) will assign and deliver the policies to the Mortgagee; and that the Mortgagor(s) will reimburse the Mortgagee for any premiums paid or insurance made by the Mortgagee on the Mortgagor(s)'s default in so insuring the Property or in so assigning and delivering the policies. However, the Mortgagee shall never be required to maintain insurance of any type or description on the Property.

3. That the Mortgagor(s) shall keep the Property in good repair and shall not commit waste or permit impairment or deterioration of the Property, and no building on the Property shall be removed or demolished without the consent of the Mortgagee.

4. That the Mortgagor(s) will pay all taxes, assessments or water rates, and in default thereof, the Mortgagee may, but is not required to, pay the same. In the event that the Mortgagee elects not to pay the same, the Mortgagee is not required to so notify the Mortgagor(s).

5. That the proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of the Property, or part thereof, or for conveyance in lieu of condemnation, said proceeds not to exceed the dollar amount of the personal bond secured by this Mortgage, shall be delivered to the Mortgagee, who shall hold such proceeds in a non-interest bearing escrow account until either (A) the personal bond has been discharged by the Court, whereupon, and only upon an order of the Court, the Mortgagee shall deliver said proceeds to the Mortgagor(s), or (2) the Defendant fails to observe the Order Setting Conditions of Release and is defaulted by a judicial officer of the Court, whereupon the proceeds shall be disbursed for the benefit of the United States of America in accordance with, and only upon, an order of the Court.

6. That notice and demand or request may be made in writing and may be served in person or by mail.

7. That the Mortgagor(s) will warrant and defend the title to the Property against all claims and demands.

8. That the Mortgagor(s) will create no further encumbrances of any kind against the Property.

9. That the Mortgagor(s), in case a sale shall be made under the power of sale, will, upon request, execute, acknowledge and deliver to the purchaser or purchasers a deed or deeds of release confirming such sale, and that the Mortgagee is appointed and

-3-

constituted the attorney irrevocable of the Mortgagor(s) to execute and deliver to said purchaser a full transfer of all policies of insurance on the Property at the time of such sale.

10. That the holder of this Mortgage, in any action to foreclose it, shall be entitled to the appointment of a receiver.

11. Notwithstanding any other agreement between the Mortgagor(s) and Mortgagee, or any provision of law, the Mortgagee shall not be required to discharge this Mortgage except upon order of the Court. It shall be the obligation of the Mortgagor(s) to furnish the Mortgagee with a certified copy of said order.

IN WITNESS WHEREOF, this Mortgage has been duly executed by the Mortgagor(s).

_____     DANIEL P. GIBSON
_____     LYNN MARIE GIBSON

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS                         On  8 November 2015

Then personally appeared Daniel P. Gibson and Lynn Marie Gibson and acknowledged the foregoing to be their free act and deed before me.

_____
NOTARY PUBLIC

My Commission Expires: 6 January 2017

(MORTGAGE FORM.wpd - 05/2001)



ANN MARIE WINGREN
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires Jan. 6, 2017

```
10/07/2015 10:08     ANDOVER LIVE                              P        1
dzimmer              Real Estate Paid Tax Statement            txtaxstm

PARCEL: 156-0420-00000

LOCATION: 3 HAZELWOOD CI

CURRENT OWNER:                    CURRENT STATUS:
   GIBSON   DANIEL P                 SQ FT:                    40,900
   GIBSON   LYNN MARIE TE            LAND VALUATION:          497,700
   3 HAZELWOOD CI                    BUILDING VALUATION:      950,700
   ANDOVER MA 01810                  EXEMPTIONS:                    0
                                     TAXABLE VALUATION:     1,448,400

   DEED DATE: 08/26/1994   BOOK/PAGE: 4114/252

   YEAR TYPE     DUE DATE       PRIN DUE      INT/PEN   DATE        TYPE      AMOUNT

   2015 RE-R  1  07/01/2014     5,596.87          .00   07/22/2014  PD      5,596.87
              2  10/01/2014     5,596.86         4.44   11/05/2014  PD      5,596.86
              3  12/24/2014     5,244.41          .00
              4  04/01/2015     5,244.41          .00

      BILL #        4229       21,682.55         4.44                      11,193.73

   2014 RE-R  1  07/01/2013     5,349.84          .00   08/01/2013  PD      5,349.84
              2  10/01/2013     5,349.83          .00   11/01/2013  PD      5,349.83
              3  12/24/2013     5,843.90         9.26   02/07/2014  PD      5,843.90
              4  04/01/2014     5,843.89          .00   05/01/2014  PD      5,853.15

      BILL #        4245       22,387.46         9.26                      22,396.72

      GRAND TOTALS             44,070.01        13.70                      33,590.45
```

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2015 NOV 10 PM 11:44

**QUITCLAIM DEED**   BK 4114 PG 252

252

Fieldstone Meadows Development Corp., a Massachusetts Corporation with an address of 9 Cooke Road, Lexington, MA

in consideration of Seven Hundred Sixteen Thousand and no/100 Dollars --------------($716,000.00)--------------

grants to Daniel P. Gibson and Lynn Marie Gibson, husband and wife as Tenants by the Entirety

of 3 Hazelwood Drive, Andover, MA 01810

with **QUITCLAIM COVENANTS**

The land with the buildings thereon located in Andover, Essex County, Massachusetts and shown as Lot 56A as shown on a plan of land entitled "Plan Showing Change in Lot Lines, Andover, Mass. Owner: Yvon Cormier Construction Corp, Date: November 18, 1992" which plan is recorded with the Essex North District Registry of Deeds as Plan Number 12149. The property is conveyed with the right to pass and repass over all roads shown on said plan.

Being a portion of the same premises conveyed to Grantor by deed recorded with said Registry of Deeds at Book 3651, Page 311.

This property does not constitute all or substantially all of the assets of the Grantor Corporation.

IN WITNESS WHEREOF the said Fieldstone Meadows Development Corp. has caused its corporate seal to be hereto affixed and these presents to be signed, acknowledged and delivered in its name and behalf by Todd D. Wacome, its President and Treasurer, this day, August 24, 1994.

Fieldstone Meadows
Development Corp.

Todd D. Wacome
President and Treasurer

PROPERTY ADDRESS: 3 Hazelwood Drive (Lot 56A), Andover, MA

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss   Date: August 24, 1994

Then personally appeared the above named Todd D. Wacome, President and Treasurer of the Grantor Corporation and acknowledged the foregoing instrument to be his free act and deed and that of the corporation, before me,

Mark F. Johnson
Notary Public
My Commission Expires: 7/15/99

RE/WYNWOOD/DEED-56A

Aug 26   1 09 PH '94
Essex Registry of Deeds
North District

FILED IN CLERK'S OFFICE
2015 NOV 10 PM 12:04
U.S. DISTRICT COURT
DISTRICT OF MA
250033

---

ESSEX NORTH REGISTRY OF DEEDS
LAWRENCE, MASS. 10/5/2015
A TRUE COPY ATTEST:

M. Paul Iannuccillo
REGISTER OF DEEDS

BK 4114 PG 253

COMMONWEALTH OF MASSACHUSETTS                              253

Essex, ss.                     August  24  , 1994

    Then personally appeared Todd D. Wacome, President and Treasurer of Fieldstone Meadows Development Corp. and acknowledged the foregoing to be his free act and deed, and that of said corporation, before me,

                                        Mark B. Johnson
                                        Notary Public
                                        My Comm. Exp:  7/15/99

RE/WYNWOOD/POWATTY

1.50 12149

FOR REGISTRY USE ONLY

Plan # 12149
Registry of Deeds
North District Essex County
Received & Recorded
November 23, 1992 at 2:50 PM
Attest:
Register of Deeds

I HEREBY CERTIFY THAT THIS PLAN CONFORMS TO THE RULES AND REGULATIONS OF THE REGISTERS OF DEEDS OF MASSACHUSETTS. I ALSO CERTIFY THAT THE LOTS SHOWN ON THIS PLAN CONFORM TO THE DEFINITION OF LOT AREA AS DEFINED IN THE ANDOVER ZONING BY-LAW.

REG. PROF. LAND SURVEYOR

NOTE:
THIS PLAN IS COMPILED FROM EXISTING PLANS OF RECORD. SEE N.E.R.D. PLAN NO. 12000.

ANDOVER PLANNING BOARD

THIS PLAN DOES NOT REQUIRE THE APPROVAL OF THE ANDOVER PLANNING BOARD.

11/23/92
DATE

PLAN SHOWING
CHANGE IN LOT LINES
ANDOVER, MASS.

OWNER: YVON CORMIER CONSTRUCTION CORP.

DATE: NOVEMBER 18, 1992
SCALE: 1" = 40'

andover consultants inc.
1 East River Place
Methuen, Mass. 01844

William S. MacLeod
Reg. Prof. Land Surveyor

0 40 80 120 160 Ft.



