UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 1:15-cr-10323 |
| (1) DANIEL P. GIBSON, and<br>(2) MARK KESNER<br>    Defendants | ) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of third party Scott Behman in the above-entitled matter.

Dated:  February 26, 2016

> Respectfully submitted,
>
> */s/ William J. Lovett*
> William J. Lovett (BBO No. 643525)
> wlovett@collorallp.com
> **COLLORA LLP**
> 100 High Street, 20th Floor
> Boston, Massachusetts 02110
> (617) 371-1000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 26, 2016.

> */s/ William J. Lovett*
> William J. Lovett