UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 1:15-cr-10323 |
| (1) DANIEL P. GIBSON, and (2) MARK KESNER  Defendants | ) ) ) ) | |

**ASSENTED TO MOTION TO EXTEND THE TIME FOR SCOTT BEHMAND AND BEHMAN HAMBLETON LLP TO FILE AND OPPOSITION TO DEFENDANT DANIEL P. GIBSON'S MOTION TO COMPEL THE GOVERNMENT TO PROVIDE HIM WITH AN IMAGED COPY OF THE GIBSON & BEHMAN SERVER**

Now comes Scott Behman ("Behman") and Behman Hambleton LLP ("BH") and move for an extension of time to submit an opposition to Defendant Daniel P. Gibson's Motion to Compel the Government to Provide him With an Imaged Copy of the Gibson & Behman Server (Dkt. # 42).

As grounds for this motion, Behman and BH state the following:

1. The government issued a grand jury subpoena to BH for certain financial records of Gibson Behman PC ("G&B") stored on the BH's server. The government did not issue a subpoena for BH's server.

2. In connection with the production of documents responsive to that subpoena, the government requested that it be allowed to mirror image BH's server to preserve an electronic copy of the documents produced in the event that the defense challenged the authenticity of the documents.

3. The government and BH entered into an agreement whereby the government agreed not to review any documents on the server unless the documents were first reviewed by BH's counsel for privilege. The agreement was necessitated by the fact that BH is a law firm and the vast majority of the documents on the server contain privileged

attorney-client communications, confidential client information and attorney work product.

4. Gibson and his accountant, Mark Kesner were indicted on October 28, 2015.

5. On February 25, 2016, Gibson's counsel filed a motion to compel the government to produce a copy of the server. Kesner's counsel joined in that motion.

6. The Court has indicated that Behman and BH have a right to respond to Gibson's motion.

7. Behman and BH requests an extension of time up through and including March 18, 2016 to respond to Gibson's motion. An extension is necessary to address the substantial privilege issues raised by Gibson's motion to assist the Court in deciding this issue.

8. Undersigned counsel has conferred with counsel for Kesner and the government who assent to this motion. Undersigned counsel has conferred with counsel for Gibson who assents to this motion on the condition that the government assents and that Gibson's conditional consent is understood to be without prejudice to any objection Gibson may make to Behman and BH's intervention/participation in the issues raised by Gibson's motion.

WHEREFORE, Behman and BH respectfully request that the Court enter an order permitting them to file an opposition to Gibson's motion to compel on or before March 18, 2016.

Dated: March 10, 2016

                                    Respectfully submitted,

                                    */s/ William J. Lovett*
                                    William J. Lovett (BBO No. 643525)
                                    wlovett@collorallp.com
                                    **COLLORA LLP**
                                    100 High Street, 20th Floor
                                    Boston, Massachusetts 02110
                                    (617) 371-1000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 10, 2016.

                                    */s/ William J. Lovett*
                                    William J. Lovett

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Undersigned counsel hereby certifies that on March 10, 2016 he conferred with counsel for the government, Gibson and Kesner. As indicated above, counsel for the government and Kesner assented to this motion. Counsel for Gibson conditionally assented to this motion.

                                    */s/ William J. Lovett*
                                    William J. Lovett