

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

June 12, 2015

Behman Hambelton LLP
Keeper of Records
600 West Cummings Park
Suite 5600
Woburn, MA 01801

Re:   Grand Jury Subpoena

Dear Sir or Madam:

Pursuant to an official investigation being conducted by a federal Grand Jury in the District of Massachusetts of suspected violations of federal criminal law, you are directed to furnish to the Grand Jury the documents described in the attached subpoena.

You are hereby requested not to disclose the existence of this subpoena, or the fact of your compliance therewith, to anyone. While you are not required to comply with this request, any such disclosure could impede the investigation and thereby interfere with the enforcement of federal criminal law.

If you have any questions regarding this letter, or the attached subpoena, please contact Special Agent Ronald Mullett, IRS-CI, 60 Quaker Lane, Ste 68, Warwick, RI 02886; ronald.mullett@ci.irs.gov. SA Mullett can be reached at 401-826-4724.

Very truly yours,

CARMEN M. ORTIZ
United States Attorney

By: _____
STEPHEN P. HEYMANN
Assistant U.S. Attorney

Attachments

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Behman Hambelton LLP
Keeper of Records
600 West Cummings Park
Suite 5600
Worburn, MA 01801

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Grand Jury Room, 10th Floor<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | Date and Time:<br><br>06/25/2015 10:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
THIS SUBPOENA REQUEST IS FOR PRODUCTION OF DOCUMENTS, as set forth in the Attachment.

In lieu of appearing before the Grand Jury at the date and time shown above, you may comply with this subpoena by, at your option, causing the materials described to be mailed or emailed to Special Agent Ronald Mullett, IRS-CI, 60 Quaker Lane, Ste 68, Warwick, RI 02886; ronald.mullett@ci.irs.gov. SA Mullett can be reached at 401-826-4724. Such documents must be received before the return date of this subpoena.

The attached Certificate of Authenticity must be completed and returned, along with a copy of this subpoena.

Date: 06/12/2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
AUSA Stephen P. Heymann
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Telephone: 617-748-3100

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

☐  For personal appearances only:
   Fact witness travel and reimbursement instructions are attached.
   If you have travel or reimbursement questions call witness travel coordinator
   Jod Gird-Rodriguez at 617-748-3166.

   For after business hour emergencies, call 617-748-3100.

## ATTACHMENT TO SUBPOENA DUCES TECUM ISSUED TO:

Behman Hambelton LLP
Keeper of Records
600 West Cummings Park
Suite 5600
Woburn, MA 01801


FOR THE YEARS: 2005 - 2009

Please provide the following documents in your custody whether electronic, in paper form, in electronic mail or any other form related to the financial transactions of:

DANIEL P. GIBSON (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)
And
GIBSON & BEHMAN, P.C. (04-3219491)
One Mountain Road
Burlington, MA 01803


Such records to include but not limited to:

All records used in or resulting from the preparation of federal and state income tax returns consisting of but not limited to draft returns, draft income statements, pro forma financials or other summaries of income related information shared with the above individual / entity or otherwise, work-papers, notes, papers, calendars or appointment ledgers indicating the time, location and participants in yearend accounting meetings, memoranda and correspondence used or prepared by you relative to the preparation of the aforementioned returns.

All records reporting the financial activity of the firm whether intended for use outside the firm or for internal fiscal administrative purposes only consisting of but not limited to summaries of billing activity, accounts receivable, daily or weekly cash collections, deposits to operating accounts, outstanding debts or accounts payable, status of deposits made to or due to passbook accounts and any other periodic reporting generated internally or externally which could be relied upon when making fiscal management decisions. These records do <u>not</u> include bills to clients, whether or not reflecting particular services performed.

All records, memoranda, work-papers, notes and correspondence used, received or prepared by or for the aforementioned business whether requested or when provided without solicitation concerning the fiscal operations of the aforementioned business or its principals. These records should include but not be limited to, solvency or turn-

around plans, whether suggested or adopted, establishment of lines of credit from banks or other financing parties and business expansion or contraction decisions.

## **INSTRUCTIONS FOR PRODUCTION OF RECORDS**

I. General
   A. Records existing as **Electronically Stored Information (ESI)** shall be produced in electronic form and shall include text data and image data held:
      1. In your record retention systems; and/or
      2. By your technology, data, or other service provider(s).
   B. Records that do not exist as ESI may be produced in paper or other original format and may be converted to image or text data and provided as ESI, unless originals are required.

II. Text Data
   A. Text data relating to transactions shall be produced within a data file:
      1. Using a delimited ASCII text data format; or
      2. Using software that can export to a commonly readable, non-proprietary file format without loss of data.
   B. Text data files relating to transactions shall include field descriptions (e.g., account number, date/time, description, payee/payor, check number, item identifier, and amount).

III. Image Data
   A. Image data shall be produced in graphic data files in a commonly readable, non-proprietary format with the highest image quality maintained.
   B. Image data of items associated with transactions (e.g., checks and deposit slips) shall be:
      1. Produced in individual graphic data files with any associated endorsements; and
      2. Linked to corresponding text data by a unique identifier.

IV. Encryption/Authentication
   A. ESI may be transmitted in an encrypted container. Decryption keys and/or passwords shall be produced separately at the time the data are produced.
   B. Authentication, such as hash coding, may be set by agreement.
   C. Affidavits or certificates of authenticity may be included as part of the electronic production.

V. Cost Reimbursement
   A. Costs that are reasonably necessary and have been directly incurred in searching for, reproducing, or transporting records may be reimbursable. See the *Right to Financial Privacy Act*, 12 U.S.C., Section 3415 and Federal Reserve Board *Regulation S*, 12 C.F.R., Part 219 (revised effective 1/1/2010).

# CERTIFICATE OF AUTHENTICITY
# OF
# BUSINESS RECORDS

I, _____, attest that:

    I am employed by_____;

    that my official title is _____; and

    that I have been appointed the keeper of the attached records.

Each of the attached records is the original or a duplicate of the original records in the custody of _____.

    **I further state that:**

- A) these records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

- B) these records were kept in the course of a regularly conducted business activity; and

- C) it was the regular practice of this business to make such records.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. §1746.

Executed on_____        _____
           Date                                          Signature

_____
        Location