# EXHIBIT A

Case 1:15-cr-10323-IT   Document 48-1   Filed 03/18/16   Page 2 of 10



U.S. Department of Justice

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*      *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

February 24, 2015

Scott Behman
c/o William J. Lovett
Collora, LP
100 High Street
Boston, MA 02210

      Re:    Grand Jury Subpoena

Dear Sir or Madam:

    Pursuant to an official investigation being conducted by a federal Grand Jury in the District of Massachusetts of suspected violations of federal criminal law, you are directed to furnish to the Grand Jury the documents described in the attached subpoena.

    You are hereby requested <u>not</u> to disclose the existence of this subpoena, or the fact of your compliance therewith, to anyone. While you are not required to comply with this request, any such disclosure could impede the investigation and thereby interfere with the enforcement of federal criminal law.

    If you have any questions regarding this letter, or the attached subpoena, please contact Special Agent Ronald Mullett, IRS-CI, 60 Quaker Lane, Ste 68, Warwick, RI 02886; Ronald.Mullett@ci.irs.gov. SA Mullett can be reached at 401-826-4724.

                                    Very truly yours,

                                    CARMEN M. ORTIZ
                                    United States Attorney

                         By: *[signature]*
                            STEPHEN P. HEYMANN
                            Assistant U.S. Attorney

Attachments

Case 1:15-cr-10323-IT   Document 48-1   Filed 03/18/16   Page 4 of 10

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Scott Behman
c/o William J. Lovett
Collora, LP
100 High Street
Boston, MA 02110

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Grand Jury Room, 10th Floor<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | Date and Time:<br><br>03/11/2015 10:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
THIS SUBPOENA REQUEST IS FOR PRODUCTION OF DOCUMENTS ONLY, as set forth the the Attachment.

In lieu of appearing before the Grand Jury at the date and time shown above, you may comply with this subpoena by, at our option, causing the materials described to be mailed or emailed to Special Agent Ronald Mullett, IRS-CI, 60 Quaker Lane, Ste 68, Warwick, RI 02886; Ronald.Mullett@ci.irs.gov. SA Mullett can be reached at 401-826-4724. Such documents must be received before the return date of this subpoena.

The attached Certificate of Authenticity must be completed and returned, along with a copy of this subpoena.

Date: 02/24/2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
AUSA Stephen P. Heyman
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Telephone: 617-748-3100

## Attachment

Scott Behman

c/o William J. Lovett

Collora, LLP

100 High Street

Boston, MA 02110

For the years 2005-2010, all files, e-mail communications, documents, recordings and other records relating to, regarding or referring to:

1. Actual and purported loans made to the firm of Gibson and Behman, P.C. ("the firm") by Daniel Gibson, Scott Behman or others;
2. Actual and purported gross receipts of the firm;
3. Actual and purported bookkeeping errors requiring adjustments during preparation of the firm's tax returns;
4. Distributions made to Daniel Gibson by the firm;
5. Payments made to the firm by Daniel Gibson;
6. Instructions concerning the firm's bookkeeping given by Daniel Gibson to Dawn Garrity;
7. Instructions concerning the firm's bookkeeping given to Kesner, Godes and Morrisey and/or Mark Kesner concerning the firm's tax preparation and/or accounting;
8. Communications with Mark Kesner and or the firm of Kesner, Godes and Morrisey concerning preparation of the firms tax filings.

# CERTIFICATE OF AUTHENTICITY
# OF
# BUSINESS RECORDS

I, _____, attest that:

    I am employed by_____;

    that my official title is _____; and

    that I have been appointed the keeper of the attached records.

Each of the attached records is the original or a duplicate of the original records in the custody of _____.

    I further state that:

    A)    these records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

    B)    these records were kept in the course of a regularly conducted business activity; and

    C)    it was the regular practice of this business to make such records.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. §1746.

Executed on_____          _____
        Date                                           Signature

_____
      Location