# EXHIBIT D

# COLLORA LLP

William J. Lovett
wlovett@collorallp.com
617-371-1007 direct

July 16, 2015

**<u>Via Electronic & First Class Mail</u>**

Steve Heymman, Esq.
United States Attorneys' Office
United States Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

RE:   Grand Jury Investigation

Dear Steve:

I write in follow up to my letter of May 15, 2015 concerning your request to preserve information contained on the Gibson & Behman PC servers and other individual computers and hard drives. Pursuant to our agreed upon protocol, the IRS will mirror image the physical servers located in Behman Hambelton's Woburn office that contain Gibson & Behman PC documents and other information. The IRS will then run searches and provide me with a list of documents and, where appropriate, copies of certain documents, so that I can determine whether the documents are responsive or privileged. This protocol was established to ensure that no privileged documents, such a communications between Gibson & Behman PC or Behman Hambelton and clients, and communications between my law firm, Gibson & Behman PC and Scott Behman, are produced to the grand jury.

Our agreed upon protocol, however, failed to address the possibility that, in the event that the grand jury returns and indictment, defense counsel may request copies of the mirror images. In the event that such a request is made, I would request that any production of information from the Gibson & Behman PC servers to defense counsel be subject to the same protocol described above to avoid disclosure of any privileged documents or communications.

Please let me know if you have any questions or would like further information.

Very truly yours,

William J. Lovett

cc:  Special Agent Ronald Mullett