UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) DANIEL P. GIBSON, and )<br>(2) MARK KESNER )<br>)<br>Defendants. )<br>) | Criminal No. 1:15-cr-10323 |

**DEFENDANT DANIEL P. GIBSON'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY TO THE GOVERNMENT AND SCOTT BEHMAN'S OPPOSITIONS**

Now comes the defendant Daniel P. Gibson, by and through undersigned counsel, and hereby respectfully moves this Honorable Court for permission to file a single, brief reply to the Government and Scott Behman's Oppositions, Dkt. 46 and Dkt. 48 respectively, to Mr. Gibson's Motion to Compel Production of the Gibson & Behman Server. There are a number of arguments and assertions put forth by both the Government and Mr. Behman that warrant a brief response by the defendant.

WHEREFORE, the defendant requests that the instant motion be allowed.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

The undersigned counsel conferred with counsel for the Government, and the Government, by and through Stephen P. Heymann, has assented to this request.

Respectfully Submitted,
Daniel P. Gibson
By his Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: March 24, 2016

**CERTIFICATE OF SERVICE**

    I, Martin G. Weinberg, hereby certify that on this date, March 24, 2016, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants, including Stephen P. Heymann, Assistant United States Attorney and William Lovett.

**/s/ Martin G. Weinberg**
Martin G. Weinberg