UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA　　　 )
　　　　　　　　　　　　　　　　 )
　　　　　　　v.　　　　　　　　　 )
　　　　　　　　　　　　　　　　 )　　 Criminal No. 15-cr-10323-IT
DANIEL P. GIBSON, and　　　　　　 )
MARK KESNER　　　　　　　　　　 )
　　　　　　　　　　　　　　　　 )
　　　　　　　Defendants.　　　　　 )
_____⎯⎯)

**MOTION FOR JUDICIAL AUTHORIZATION FOR DEFENDANT GIBSON TO BE
PERMITTED TO TRAVEL INTERNATIONALLY FOR THE PURPOSE OF
ATTENDING HIS SON'S WEDDING**

Now comes the defendant, Daniel P. Gibson, who hereby moves this Honorable Court to

allow him to travel to and from Sri Lanka between July 31, 2016 and August 16, 2016, to attend his

son's wedding.  In particular, the defendant states:

1. That he was admitted to bail on November 2, 2015, secured by a $250,000 bond, which is

   collateralized by a mortgage and escrow agreement on his family residence in Andover,

   Massachusetts.  The conditions also required Mr. Gibson to surrender his U.S. passport and

   although the Court did not issue any travel restriction, Mr. Gibson is required to give notice

   to Pretrial Services prior to travel outside of the District of Massachusetts;

2. His son, Brendan Gibson, is engaged to marry Chaamari Senanayake, a legal U.S. resident

   who is a citizen of Sri Lanka, in a Buddhist wedding ceremony in Sri Lanka where his

   fiancée's family resides;

3. The official wedding is scheduled to occur on August 7, 2016, *see* Wedding Invitation

   appended hereto as Exhibit 1.  Mr. Gibson's travel, if permitted by the Court, would

   commence on July 31, 2016, with a return to the United States on August 16, 2016, *see* Flight

1

Confirmations appended hereto as Exhibit 2 and Hotel Confirmations appended hereto as Exhibit 3.

4.   The current schedule according to an itinerary sent to counsel by Brendan Gibson is as follows:

**Sunday, July 31st – August 1st**: Defendant Gibson, along with his wife, Lynn, and his two children, Monica and Tim, depart Boston, MA on July 31, 2016 at 1:45 AM. *See* Exhibit 2.  From Boston, MA they will fly to Hong Kong on Cathay Pacific airlines, flight # 811, and are scheduled to arrive in Hong Kong on August 1, 2016 at 5:35 AM. *See Id.*  From Hong Kong, Mr. Gibson and his family will fly to Colombo, Sri Lanka on Cathay Pacific airlines, flight # 611.  Mr. Gibson's flight is scheduled to leave Hong Kong on August 1, 2016 at 8:25 PM and he is scheduled to arrive in Colombo, Sri Lanka at 11:20 PM that same day. *See Id.* Defendant Gibson and his family will be staying at the Galle Face Hotel in Colombo, Sri Lanka from August 1, 2016 through August 6, 2016. *See* Exhibit 3.

**Tuesday, August 2nd**: Bandaranaike International Airport is the hub for travel into and out of Sri Lanka.  It is located 22 miles north of Colombo, Sri Lanka, the largest city in the country where Ms. Chaamari Senanayake's family is located.  The wedding will be located in the town of Bentota, Sri Lanka, which is 40 miles south of Colombo.  Mr. Gibson and his family will stay in Colombo, Sri Lanka for several nights, before departing to Bentota, Sri Lanka, in order to adjust to the time change, to assist with any wedding plans, and in order to meet Ms. Senanayake's family.

**Wednesday, August 3rd**: Monica, defendant Gibson's daughter (and the sister of the groom) is a bridesmaid.  All bridesmaids will be wearing matching saris - an ornamental style of dress in Sri Lanka.  Monica is scheduled on August 3, 2016 to visit a seamstress in Colombo, Sri Lanka, that Ms. Senanayake knows so she can be fitted for her sari.  Defendant Gibson will be in Colombo, Sri

2

Lanka helping with these and other wedding arrangements.

**Thursday, August 4th**: Defendant Gibson and his family are scheduled to meet Ms. Senanayke's family in Colombo, Sri Lanka.

**Friday, August 5th**: Monica will receive her finished sari on this day.  Defendant Gibson will be in Colombo, Sri Lanka helping with various wedding arrangements.

**Saturday, August 6th**: Defendant Gibson and his family and Ms. Senanayke's family will travel from Colombo, Sri Lanka to Bentota, Sri Lanka.  Defendant Gibson will attend a wedding rehearsal dinner at Club Villa in Bentota, Sri Lanka.  Defendant Gibson and his family will be staying at Club Villa Bentota in Bentota, Sri Lanka from August 6, 2016 through August 9, 2016. *See* Exhibit 3.

**Sunday, August 7th**: Defendant Gibson and his family will attend the wedding and the reception at Club Villa in Bentota.

**Monday, August 8th**: Defendant Gibson and his family will be spending time with Ms. Senanayke's family at Club Villa in Bentota, Sri Lanka.

**Tuesday, August 9th**: Defendant Gibson and his family will travel southward to Galle, Sri Lanka for the homecoming ceremony.  A homecoming ceremony is a South Asian custom where the groom's family hosts the bride's family.  This usually occurs one week after the wedding, but the families have agreed to shorten that length of time to accommodate Defendant Gibson and his family's visit.  The ceremony will take place at the ancestral home of Chaamari Senanayke's father, Steven Senanayake, who was raised in the southern city of Galle, Sri Lanka.  Defendant Gibson will also celebrate his son Brendan's birthday on this day.  Defendant Gibson and his family will be staying at the Galle Fort Hotel in Galle, Sri Lanka for the night. *See* Exhibit 3.

**Wendsday, August 10th – Saturday, August 13th**: Defendant Gibson and his family will travel north to Sigiriya, Sri Lanka to visit the "Cultural Triangle of Sri Lanka" with Chaamari Senanayake's

parents.  Defendant Gibson and his family will stay in Sigiriya, Sri Lanka until Friday, August 13th.

Defendant Gibson and his family currently expect to stay at Hotel Sigiriya in Sigiriya, Sri Lanka,

from August 10, 2016 through August 13, 2016, but are attempting to switch to the Aliya Hotel and

Resort in Sigiriya, Sri Lanka where their oldest son will be staying.  Defendant Gibson will notify the

probation department of any changes to the itinerary. *See* Exhibit 3.

**Saturday, August 13th**: Defendant Gibson and his family will travel from Sigiriya, Sri Lanka, to the

city of Kandy, Sri Lanka with Chaamari Senanayke's parents.  In Kandy, Sri Lanka, Defendant

Gibson will attend a prominent Buddhist ceremony known as the Esala Perahera, which is viewed as

the most sacred annual Buddhist festival in Sri Lanka.  Defendant Gibson and his family will return

to Colombo, Sri Lanka on August 13th.  Defendant Gibson will be staying in the Galle Face Hotel in

Colombo, Sri Lanka from August 13, 2016 through August 15, 2016. *See* Exhibit 3.

**Sunday, August 14th**: Defendant Gibson and his family will remain in Colombo, Sri Lanka.

**Monday, August 15th**: Defendant Gibson will remain in Colombo, Sri Lanka.

**Tuesday, August 16th** – Defendant Gibson will depart Colombo, Sri Lanka on August 16, 2016 at

12:35 AM and will fly on Cathay Pacific airlines, flight # 610, to Hong Kong.  *See* Exhibit 2.

Defendant Gibson will arrive in Hong Kong on August 16, 2016 at 8:30 AM and will depart Hong

Kong on August 16, 2016 at 6:10 PM on a Cathay Pacific airlines flight, flight # 812, to Boston, MA.

*See Id.*  Defendant Gibson will arrive in Boston, MA on August 16, 2016 at 9:40 PM. *See Id.*

5.  Mr. Gibson will, if the trip is allowed, execute a waiver of extradition in a form approved by

the Government.  He will carry a phone that will be turned on 24 hours a day to receive

incoming calls to verify his location and will call Pretrial Services on a schedule ordered by

the Court.  Mr. Gibson will also abide by any further conditions set by this Honorable Court.

6.  The Court has the authority to allow Mr. Gibson international travel even when on pretrial

release. *See United States v. Birkenfeld*, 08-60099-CR-ZLOCH, Dkt. 106 (S.D. Fla. 2008) (allowing defendant on pre-trail release to travel to Paris, France to provide testimony in an unrelated matter); *see also United States v. Hansen*, 108 Fed. Appx. 331 (6th Cir. 2004) (upholding release of defendant – a resident and citizen of Denmark – allowing him to reside in Denmark pending trial).

7. The Government does not oppose this request subject to the following conditions, which Defendant Gibson agrees to abide by:

    a. Mr. Gibson agrees that he will not rely on the period that he is out of the country, if the motion is allowed, to contend that more time is needed to prepare for trial or that his pretrial preparation has been prejudiced; and

    b. Defendant Gibson's son, Brendan Gibson, will file an attested to affidavit that the marriage is occurring as scheduled and as represented.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel has conferred with counsel for the Government and the Government, by and through AUSA Stephen P. Heymann, does not oppose the allowing of this motion as long as the conditions included therein are implemented.

Respectfully Submitted,
DANIEL P. GIBSON
By his Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: April 5, 2016

5

## **CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, April 5, 2016, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants, including Stephen P. Heymann, Assistant United States Attorney.

**/s/ Martin G. Weinberg**
Martin G. Weinberg