*Chaamari* and *Brendan*

_Dan, Lynn, Tim & Monica_

Together with their families

*Chaamari Senanayake*

and

*Brendan Gibson*

request the honour of your presence at their marriage

on Sunday, the 7th of August, 2016

at Club Villa, 138/15 Galle Road, Bentota, Sri Lanka

*Poruwa ceremony at three fifty in the afternoon*

*followed by a dinner reception*

RSVP by 6th of April, 2016
Chaamari & Brendan: 978 397 6772 / chaamari@gmail.com
Kumari: +94 112 716597

Case 1:15-cr-10323-IT   Document 53-1   Filed 04/05/16   Page 4 of 4