UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL P. GIBSON, and )<br>MARK KESNER )<br>)<br>Defendants. )<br> ) | Criminal No. 15-cr-10323-IT |

**DEFENDANT DANIEL P. GIBSON'S MOTION FOR LEAVE
TO FILE EXHIBIT UNDER SEAL**

Defendant Daniel P. Gibson, by and through undersigned counsel, hereby respectfully moves this Honorable Court for leave to file Exhibit 3, attached to defendant Gibson's Motion for Judicial Authorization for Defendant Gibson to Be Permitted to Travel Internationally for The Purpose of Attending His Son's Wedding, under seal. Exhibit 3 contains defendant Gibson and his family's hotel confirmations. The hotel confirmations contain sensitive personal and financial information that should not be released to the public. As such, in abundance of caution, the defendant, with assent of AUSA Stephen P. Heymann, respectfully requests leave to file Exhibit 3 under seal.

For the foregoing reasons, defendant Gibson's Motion for Leave should be granted.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Undersigned counsel conferred with counsel for the Government and the Government, by and through AUSA Stephen P. Heymann, assents to this motion.

1

Respectfully Submitted,
Daniel P. Gibson
By his Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: April 5, 2016

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, April 5, 2016, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants, including Stephen P. Heymann, Assistant United States Attorney.