UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 15-cr-10323-IT<br>DANIEL P. GIBSON, and )<br>MARK KESNER )<br>)<br>Defendants. )<br>) | |

### AFFIDAVIT OF BRENDAN GIBSON

I, Brendan Gibson, swear under the pains and penalties of perjury that following is true and correct:

1. I am the son of Daniel P. Gibson, one of the defendants in the above-captioned matter;

2. I am engaged to marry Chaamari Senanayake, a legal U.S. resident who is a citizen of Sri Lanka, in a Buddhist wedding ceremony in Sri Lanka;

3. Our wedding is scheduled to occur on August, 7, 2016 at Club Villa in Bentota, Sri Lanka; and

4. The marriage is occurring as scheduled and as represented by my father's Motion for Judicial Authorization for Defendant Gibson to Be Permitted to Travel Internationally for The Purpose of Attending His Son's Wedding.

SIGNED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 5th DAY OF APRIL, 2016.

_____
Brendan Gibson

[Notary on the next page]

1

Commonwealth of Massachusetts
County of __Middlesex__

On this __5__ day of April, 2016, Brendan Gibson personally appeared before me and having been duly sworn, did execute the above record.

_____
Notary Public