# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | 15-cr-10323-IT |
| DANIEL GIBSON and MARK KESNER, | ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

The parties jointly submit this motion for entry of a protective order in the form attached hereto as Exhibit A. In support of this motion, the parties respectfully state as follows:

1. During a hearing on April 21, 2016, the Court directed the parties to prepare a proposed protective order to cover materials not previously produced from an imaged copy of a server obtained from third-parties that was the subject of motions to compel.

2. The proposed protective order was to (a) limit the use of such materials to this action, (b) limit their disclosure, (c) require consultation with certain affected persons prior to placing in the public record any potentially privileged or confidential client information, and (d) preserve privileges otherwise applicable to the produced materials.

3. The government and the defendants have conferred and agreed upon a form of protective order for this purpose, which is attached hereto as Exhibit A.

WHEREFORE, the parties jointly and respectfully request that the Court allow this motion and enter the protective order in the form attached hereto as Exhibit A.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:   */s/ Stephen Heymann (by JLS)*
        Stephen Heymann
        Assistant U.S. Attorney


        */s/ Joshua L. Solomon*
        Joshua Solomon
        Counsel for Defendant Mark Kesner


        */s/ Martin Weinberg (by JLS)*
        Martin Weinberg
        Counsel for Defendant Daniel Gibson

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 19, 2016.  I further certify that a copy of this document will be sent to William Lovett, counsel for Behman Hambelton, LLP on May 19, 2016

                                                /s/ Joshua L. Solomon