# Exhibit A

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Behman Hambelton LLP
Keeper of Records
600 West Cummings Park
Suite 5600
Worburn, MA 01801

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Grand Jury Room, 10th Floor<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | Date and Time:<br><br>06/25/2015 10:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

THIS SUBPOENA REQUEST IS FOR PRODUCTION OF DOCUMENTS, as set forth in the Attachment.

In lieu of appearing before the Grand Jury at the date and time shown above, you may comply with this subpoena by, at your option, causing the materials described to be mailed or emailed to Special Agent Ronald Mullett, IRS-CI, 60 Quaker Lane, Ste 68, Warwick, RI 02886; ronald.mullett@ci.irs.gov. SA Mullett can be reached at 401-826-4724. Such documents must be received before the return date of this subpoena.

The attached Certificate of Authenticity must be completed and returned, along with a copy of this subpoena.

Date: 06/12/2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
AUSA Stephen P. Heymann
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Telephone: 617-748-3100

## ATTACHMENT TO SUBPOENA DUCES TECUM ISSUED TO:

Behman Hambelton LLP
Keeper of Records
600 West Cummings Park
Suite 5600
Woburn, MA  01801

FOR THE YEARS: 2005 - 2009

Please provide the following documents in your custody whether electronic, in paper form, in electronic mail or any other form related to the financial transactions of:

DANIEL P. GIBSON (███████████)
And
GIBSON & BEHMAN, P.C. (███████)
One Mountain Road
Burlington, MA  01803

Such records to include but not limited to:

All records used in or resulting from the preparation of federal and state income tax returns consisting of but not limited to draft returns, draft income statements, pro forma financials or other summaries of income related information shared with the above individual / entity or otherwise, work-papers, notes, papers, calendars or appointment ledgers indicating the time, location and participants in yearend accounting meetings, memoranda and correspondence used or prepared by you relative to the preparation of the aforementioned returns.

All records reporting the financial activity of the firm whether intended for use outside the firm or for internal fiscal administrative purposes only consisting of but not limited to summaries of billing activity, accounts receivable, daily or weekly cash collections, deposits to operating accounts, outstanding debts or accounts payable, status of deposits made to or due to passbook accounts and any other periodic reporting generated internally or externally which could be relied upon when making fiscal management decisions. These records do <u>not</u> include bills to clients, whether or not reflecting particular services performed.

All records, memoranda, work-papers, notes and correspondence used, received or prepared by or for the aforementioned business whether requested or when provided without solicitation concerning  the fiscal operations of the aforementioned business or its principals. These records should include but not be limited to, solvency or turn-