UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                 )<br>)<br>(1) DANIEL P. GIBSON, and        )<br>(2) MARK KESNER                   )<br>           Defendants                   )<br>_____) | Criminal No. 1:15-cr-10323-IT |

### SCOTT BEHMAN AND BEHMAN HAMBELTON LLP'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' JOINT OPPOSITION TO SCOTT BEHMAN AND BEHMAN HAMBELTON LLP'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER

Scott Behman ("Behman") and Behman Hambelton LLP ("BH") respectfully request leave to file a reply to the Defendants' Opposition to their Objection to the Magistrate's June 10, 2016 Order, attached hereto as Exhibit A.

A reply is appropriate to rebut factual and legal arguments raised in the opposition. *Napert v. Gov't Employees Ins. Co.*, 13-10530, 2013 WL 3989645, at *n.4 (D. Mass. Aug. 1, 2013) (Saylor, D.J.); *see also Noonan v. Wonderland Greyhound Park Realty LLC*, 723 F. Supp. 2d 298, 349 (D. Mass. 2010) (Bowler, M.J.). Here, the Defendants oppose BH"s Objections to Judge Cabell's Order by arguing for the first time that the Order is not clearly erroneous because the attorney-client privilege was waived. (dkt. #88) at 5-8. BH requests leave to submit a reply to rebut the Defendant's assertion that a waiver occurred.

Dated: June 24, 2016

1

Respectfully submitted,

*/s/ William J. Lovett*
William J. Lovett (BBO No. 643525)
wlovett@collorallp.com
**COLLORA LLP**
100 High Street, 20th Floor
Boston, Massachusetts 02110
(617) 371-1000

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 112.1 AND 7.1(A)(2)

Undersigned counsel hereby certifies that he conferred with counsel for the government, Gibson, and Kesner on June 22, 2016 and June 23, 2016.

Counsel for Gibson and Kesner take no position on the relief requested in this motion but stated if leave is allowed that the movant's argument be limited to arguments made by the Defendants that were not previously made during the proceedings before Judge Cabell.

Counsel for the government does not object to the extent any reply brief is limited to addressing any argument or case the defendants may have raised for the first time before the District Court in response to the Objection, and was not previously made by the defendants to Judge Cabell.

*/s/ William J. Lovett*
William J. Lovett

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 24, 2016.

*/s/ William J. Lovett*
William J. Lovett