UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>(1) DANIEL P. GIBSON, and )<br>(2) MARK KESNER   )<br>)<br>Defendants.   )<br>) | Criminal No. 1:15-cr-10323 |

**MOTION FOR LEAVE TO FILE OPPOSITION BY JULY 6, 2016
TO SCOTT BEHMAN AND BEHMAN HAMBELTON LLP'S MOTION FOR
EXTENSION OF TIME TO FILE A PRIVILEGE LOG**

Defendant Daniel P. Gibson, by and through undersigned counsel, respectfully requests leave to file an Opposition to Scott Behman and Behman Hambelton LLP's Motion For Extension of Time to File a Privilege Log Pursuant to Court's June 24, 2016 Order, Dkt. 99, by noon July 6, 2016.  Defendant intends to file a detailed opposition to Scott Behman and Behman Hambelton LLP's Motion, however, undersigned counsel is out of the office for the weekend and as such, respectfully requests this Honorable Court to allow him to submit his Opposition by noon July 6, 2016 and to defer deciding Scott Behman and Behman Hambelton LLP's Motion until such time as the Defendant has had an opportunity to file a formal reply.

Respectfully Submitted,

Daniel P. Gibson
By his Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

1

Dated: July 1, 2016

## **CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, July 1, 2016, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg