# EXHIBIT A



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>(1) DANIEL P. GIBSON, and<br>(2) MARK KESNER<br>        Defendants. | )<br>)<br>)<br>)   Criminal Action No. 1:15-cr-10323-IT<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF DANIEL J. SHANAHAN

I, Daniel J. Shanahan, do hereby state the following:

1. I am an attorney in good standing licensed to practice law in Massachusetts and New Hampshire. I am a partner at Behman Hambelton LLP ("BH"), located in Woburn, MA.

2. From 2001 to May 2011, I was an associate attorney at Gibson & Behman, P.C. ("G&B"). I am familiar with the manner in which documents were created and stored by G&B employees on the subject computer server.

3. On or about July 7, 2016, Behman and BH, through their counsel, were provided access to the Retained Copy maintained on the "Collora Behman" database hosted by an e-discovery vendor. As set forth in Behman and BH's Objection to the Magistrate Judge's Order [#79], the Retained Copy contains three (3) files or folders: "Folder1" contains all documents from the server that were created on or before March 9, 2011 (the date that Behman and his prior law firm Gibson & Behman, P.C. retained counsel relative to the dissolution of that firm); "Folder3" contains documents that were created or modified between March 9, 2011 and June 11, 2011; and "Folder4" is a sub-set of Folder #2, containing documents responsive to search terms provided by BH's counsel to the government to identify potentially privileged documents created by BH's counsel during the course of the civil litigation with Gibson.

4. Members of BH, as well as its counsel, have access to the encrypted Retained Copy through a database maintained by the e-discovery vendor.

5. When "Folder1" is opened, eight (8) folders appear. Below is a screenshot when accessed through the database.



6. Folder "burldata" contains nearly all documents created and saved on the server prior to March 9, 2011, including all documents relative to the law firm's representation of clients. A brief breakdown of this folder is as follows:

- Folder burldata contains 429 folders;

- Of the 429 folders, approximately 376 are client folders;

- Of the 376 client folders, approximately 199 of those folders contain more than one case file for that particular client;

- Also included in the 376 clients folders is a "CONNECTICUT" folder that contains certain client folders handled by G&B's Connecticut office;

[Screenshot #1, **Ex. 1.**]

7. A representative case file contained in burldata was chosen for review and preparation of the privilege log. Scm83 *Ferren v. Tamworth Camping Area* was chosen since it

was a simple case that I was assigned to that was ultimately tried in the Superior Court of New Hampshire.

8. Folder "SCM" is a client folder (Specialty Claims Management).

9. SCM folder contains **71** individual case folders. [Screenshot #2, **Ex. 2**.] SCM folder contain 4,873 documents.

10. SCM.83 Ferren is a case folder relative to handling of an insurance defense case filed in New Hampshire, involving a plaintiff that was injured when she sat on a picnic table. It was not a "complex" case. I tried in Hillsborough County North Superior Court, Manchester, NH, in December, 2011.

11. SCM.83 contains eight (8) subfolders, including folders containing correspondence, pleadings, discovery, documents created during the trial, and status reports to the client. [Screenshot #3, **Ex. 3**.]

12. SCM.83 contains a total of 251 documents.

13. It took attorneys at our firm approximately 2 hours and 13 minutes to complete the review and create a privilege log for documents contained in the SCM.83 folder.

14. Based upon the time it took to review and edit each document contained in the SCM.83 case folder, conservatively speaking, based on two hours to review each case file, it would take approximately 142 hours to review and create a privilege log for the SCM client folder (2 hours x 71 client folders in SCM folder). At a rate of $150/hour (average BH partner rate), BH would incur approximately $21,300 in lost billable time to review this client folder.

15. SCM contains 71 individual case folders. Many other clients folders contain just as many or more case folders (client folder RCA Insurance Group "RCA" contains approximately **700** case folders and **10,179** documents; Amity "AMITY" contains approximately

**61** case folders and 5,043 documents; Lyons Group "LG" contains approximately **120** case folders and 1,685 documents; MBTA "MBTA" contains approximately **136** case folders and 5,989 documents; Massachusetts Interlocal Insurance Association "MIIA" contains approximately **276** case folders and 2,762 documents; National Amusements "NAT" contains approximately **132** case folders and 5,264 documents; Plymouth Rock "PR" contains **700** case folders and 11,534 documents; Quincy Mutual contains approximately **102** case files and 2,959 documents; and Roche Brothers "RB" contains approximately **171** case folders and 7,044 documents).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS **22** DAY OF July, 2016.

Daniel J. Shanahan

- 📁 Behman Hambelton (Folder1)
  - 📁 Folder 1_PriorToMar9
    - 📁 Folder1_PriorToMar9
      - 📁 Accounting
      - 📁 Admin
      - 📁 burldata
        - 📁 ABA
        - 📁 AIE
        - 📁 ALICE
        - 📁 AMITY
        - 📁 ANCHOR_ADJUST
        - 📁 Attorney Photos
        - 📁 BERK1
        - 📁 BillingGuidelines
        - 📁 BN
        - 📁 BosBak
        - 📁 Bose Corp
        - 📁 BOSTON
        - 📁 BRIAR
        - 📁 BW
        - 📁 CAC
        - 📁 CAM
        - 📁 CAP
        - 📁 CAPITOL
        - 📁 CAPITOL INDEMNITY
        - 📁 Carlucci
        - 📁 case
        - 📁 CASELIST MISC -GB
        - 📁 CENTERFOLDS
        - 📁 CFARM
        - 📁 CH
        - 📁 CHARLES
        - 📁 charter oak
        - 📁 Chiaino
        - 📁 CIC
        - 📁 CIT
        - 📁 CLAIMS
        - 📁 CLARENDON
        - 📁 CLOSED CASELIST
        - 📁 CMF91

EXHIBIT 1

- 📁 CMF95
- 📁 CMS
- 📁 CNA
- 📁 CnaE&S
- 📁 COFCU
- 📁 COLONY
- 📁 COMP
- 📁 CONNECTICUT
- 📁 Copy of CAM
- 📁 CR
- 📁 CRAW
- 📁 Cress Lynch
- 📁 CRUM
- 📁 CSC
- 📁 Cssc
- 📁 CSX
- 📁 CTV
- 📁 CUNNINGHAM LINDSEY
- 📁 CVs
- 📁 DA
- 📁 DI - Dimensional Insight
- 📁 DINING ALLIANCE
- 📁 DININGALLIANCE
- 📁 Diversified Auto
- 📁 DMG92
- 📁 DMG94
- 📁 DMG95
- 📁 DO
- 📁 DOC91
- 📁 DOC94
- 📁 Donna S
- 📁 DPIC
- 📁 DSB
- 📁 Dshanahan
- 📁 EANDS
- 📁 EAST
- 📁 EATON
- 📁 ECC
- 📁 ECI
- 📁 ECIC

- 📁 ECWC
- 📁 EIC
- 📁 EMMY
- 📁 English
- 📁 ESIS
- 📁 Fallon
- 📁 FC
- 📁 FED
- 📁 FIR
- 📁 FIRM FORMS
- 📁 FL
- 📁 FLcaseLST
- 📁 FM
- 📁 FORM
- 📁 FORMER EMPLOYEE FOLDERS
- 📁 FS
- 📁 FSM
- 📁 FUTURE COMP (FC)
- 📁 G&B MISC
- 📁 G&B New Matter Memos
- 📁 G&B Property, LLC
- 📁 G&BPOLICIES
- 📁 GA
- 📁 GAB Robins
- 📁 GAI
- 📁 GALLAGHER BASSET - GBS
- 📁 GAVEL
- 📁 GB Closed File
- 📁 GBAdjusting
- 📁 GBG
- 📁 gbpcburlexch
- 📁 GEN
- 📁 Global
- 📁 GLOSS
- 📁 GMC
- 📁 GR 1
- 📁 Grange
- 📁 Guaranty Fund
- 📁 HANOVER
- 📁 HART

- 📁 hastings
- 📁 HCH
- 📁 HCP
- 📁 HEDY
- 📁 HEIMLICH
- 📁 HEISER
- 📁 HERTZ
- 📁 HFP
- 📁 HIC
- 📁 HING
- 📁 HINZ
- 📁 HMI
- 📁 Holyoke
- 📁 Home Depot GL Program
- 📁 HORT
- 📁 HOUSE
- 📁 HPH
- 📁 HT
- 📁 HUD
- 📁 ILM - Indiana Lumbermens
- 📁 Indians
- 📁 IRMG
- 📁 IT
- 📁 IT_Admin
- 📁 ITT
- 📁 ium
- 📁 IW
- 📁 IWANICKI
- 📁 JPN
- 📁 JPNoonan
- 📁 JUA
- 📁 KAM
- 📁 KAM95
- 📁 KAPS
- 📁 KAYE
- 📁 KERRI95
- 📁 KIM91
- 📁 KMM95
- 📁 KSC
- 📁 LEX

- 📁 LIC
- 📁 LIFE
- 📁 Lili
- 📁 LUM
- 📁 LYONS
- 📁 MA Representative Charles A_ Murphy_files
- 📁 MAA
- 📁 MAIC
- 📁 maillist00
- 📁 MAJESTIC AUDIT
- 📁 Managed Care
- 📁 MAR
- 📁 Marty
- 📁 Maureen
- 📁 MBCR
- 📁 mbs
- 📁 MBTA
- 📁 MBTA44.01
- 📁 MEC
- 📁 MEGA
- 📁 MEM Withdrawal
- 📁 MET
- 📁 MG
- 📁 MIAI
- 📁 MICHAEL SCOTT
- 📁 michell
- 📁 MIIA
- 📁 MIS
- 📁 MIS000
- 📁 MIS100
- 📁 MIS1100
- 📁 MIS1200
- 📁 MIS1300
- 📁 MIS1400
- 📁 MIS1500
- 📁 MIS1600
- 📁 MIS1700
- 📁 MIS1800
- 📁 MIS1900
- 📁 MIS200

- 📁 MIS300
- 📁 MIS500
- 📁 MIS600
- 📁 MIS700
- 📁 MIS800
- 📁 MIS900
- 📁 MISA2E
- 📁 MISC. CASELIST
- 📁 MISC95
- 📁 MISF2J
- 📁 MISP2T
- 📁 MISU2Z
- 📁 MLBA
- 📁 MLBA CURRENT FOLDER
- 📁 MLM95
- 📁 MM
- 📁 MPreiss
- 📁 MTI
- 📁 Mwra
- 📁 NANCY_NTFRS_08a5d98b
- 📁 nars
- 📁 Nas
- 📁 NAT
- 📁 Necn
- 📁 NEMO
- 📁 NEW YORK CASES 2010
- 📁 NGS
- 📁 NGS -
- 📁 NH
- 📁 NH files
- 📁 NHLBA
- 📁 NIC
- 📁 Nick Fico
- 📁 NIF
- 📁 NIFG
- 📁 NJ95
- 📁 Nlba
- 📁 NLC
- 📁 NLI
- 📁 NS

- 📁 NSI
- 📁 NSTAR
- 📁 NtFrs_PreExisting___See_EventLog
- 📁 OBI
- 📁 OBIcola
- 📁 Office Locations
- 📁 OLDSTUFF
- 📁 P7500
- 📁 PAL
- 📁 pch
- 📁 PFC
- 📁 PIA
- 📁 PIC
- 📁 PILGRIM INS
- 📁 Plymouth Rock Subro
- 📁 PROGRAM
- 📁 QM
- 📁 RAND
- 📁 RAPHAEL
- 📁 RB
- 📁 RCA
- 📁 RCIC CASELIST
- 📁 real estate
- 📁 realplayer
- 📁 REBECCA
- 📁 REL
- 📁 REL95
- 📁 REM
- 📁 REN
- 📁 research
- 📁 Revised Caselist
- 📁 RITE
- 📁 ROSA
- 📁 Royal Palace v. Flattes
- 📁 RSA
- 📁 RSS95
- 📁 RSU
- 📁 RSV
- 📁 Rudberg
- 📁 RUTGERS

- 📁 RW
- 📁 S.Tolland Emails by Date
- 📁 SCANNED DOCUMENTS 10 18 2010
- 📁 SCM
- 📁 SCOTT
- 📁 Scottie's Forms
- 📁 SELECT
- 📁 SENTRY
- 📁 SHANNON
- 📁 Sharmili
- 📁 Sic
- 📁 SIC62
- 📁 SNIDE
- 📁 sports
- 📁 SRS
- 📁 SS
- 📁 ST.JOHN
- 📁 sta
- 📁 State Farm
- 📁 SUZANNE
- 📁 SW
- 📁 Swap
- 📁 Temp
- 📁 TH
- 📁 TIC
- 📁 Tiffany
- 📁 Tom Holloway
- 📁 Tpc
- 📁 TRIAL LIST
- 📁 TRINITY
- 📁 Tristar
- 📁 UIC
- 📁 USA
- 📁 USAC
- 📁 USF
- 📁 USFIC
- 📁 USLI
- 📁 UTICA
- 📁 vc
- 📁 VMI

- 📁 VPN
- 📁 WALL
- 📁 wantonoff
- 📁 WCUA
- 📁 Webpage
- 📁 Wells
- 📁 WHITTIER
- 📁 WIN
- 📁 WM
- 📁 wpa
- 📁 WW
- 📁 WWC
- 📁 YORK
- 📁 HP Universal Print Driver
- 📁 Path unknown
- 📁 Program Files (x86)
- 📁 Scanned
- 📁 Windows
- 📁 Behman Hambelton (Folder3)
- 📁 Behman Hambelton (Folder4)

- 📁 SCM
  - 📁 rydle v. cvs
  - 📁 SCM 79 (Plank)
  - 📁 SCM100
  - 📁 SCM101
  - 📁 SCM102
  - 📁 SCM103
  - 📁 SCM104
  - 📁 SCM105
  - 📁 SCM106
  - 📁 SCM108
  - 📁 SCM109
  - 📁 SCM110
  - 📁 SCM112
  - 📁 SCM114
  - 📁 SCM115
  - 📁 SCM117
  - 📁 SCM118
  - 📁 SCM13
  - 📁 SCM28
  - 📁 SCM30
  - 📁 SCM33
  - 📁 SCM37
  - 📁 SCM38
  - 📁 SCM39
  - 📁 SCM40
  - 📁 Scm40.01
  - 📁 SCM41
  - 📁 SCM42
  - 📁 SCM43
  - 📁 SCM44
  - 📁 SCM45
  - 📁 scm46
  - 📁 SCM47
  - 📁 SCM48
  - 📁 SCM49
  - 📁 SCM50
  - 📁 SCM51
  - 📁 SCM54
  - 📁 scm56

EXHIBIT 2

- 📁 SCM58
- 📁 SCM59
- 📁 SCM6
- 📁 SCM60
- 📁 SCM61
- 📁 SCM63
- 📁 SCM66
- 📁 SCM67
- 📁 SCM68
- 📁 SCM69
- 📁 SCM72
- 📁 SCM73
- 📁 SCM74
- 📁 SCM76
- 📁 SCM77
- 📁 SCM78
- 📁 SCM80
- 📁 SCM82
- 📁 SCM83-Ferren
- 📁 SCM85
- 📁 SCM87
- 📁 scm9
- 📁 SCM90
- 📁 SCM91
- 📁 SCM92
- 📁 SCM94
- 📁 SCM95
- 📁 SCM96-Davis
- 📁 SCM97
- 📁 SCM99

- 📁 SCM82
- 📁 SCM83-Ferren
  - 📁 3rd Party Billing
  - 📁 correspondence
  - 📁 discovery
  - 📁 legal research
  - 📁 medical research
  - 📁 pleadings
  - 📁 status
  - 📁 Trial
- 📁 SCM85



EXHIBIT 3