# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | 15-cr-10323-IT |
| DANIEL GIBSON and MARK KESNER, | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH ORDER RE DISCOVERY

Defendants Daniel Gibson and Mark Kesner respectfully submit this notice that they have complied with the Court's July 25, 2016 order (Doc. No. 111), directing them to submit to the government a Rule 16 discovery request for specific material on the server that was the subject of the Court's order. Defendants complied by sending such a detailed Rule 16 request to AUSA Stephen Heymann on this date.

August 29, 2016

Respectfully submitted,

*/s/ Martin Weinberg*
Martin Weinberg
Counsel for Defendant Daniel Gibson

*/s/ Joshua L. Solomon*
Joshua L. Solomon
Counsel for Defendant Mark Kesner

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 29, 2016.

                                             /s/ Joshua L. Solomon