**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | 15-cr-10323-IT |
| DANIEL GIBSON and MARK KESNER, | ) ) ) | |
| Defendants. | ) ) | |

**AGREED MOTION FOR CONTINUANCE OF TIME IN WHICH TO RESPOND TO DEFENDANT MARK KESNER'S OBJECTION TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE CONCERNING MOTION TO DISMISS**

The United States moves for a continuance through and including September 20, 2016, in which to respond to Defendant Mark Kesner's Objection to the Report and Recommendation of the Magistrate Judge Concerning Motion to Dismiss Indictment Based on Vindictive Prosecution Or, in the Alternative, for Discovery and Evidentiary hearing. Government counsel has been out of the office on medical leave. Neither Mr. Kesner nor Mr. Gibson object to the granting of this continuance.

Respectfully Submitted,

CARMEN M. ORTIZ
United States Attorney

By:     *Stephen P. Heymann*
          STEPHEN P. HEYMANN
          Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, September 1, 2016, I electronically filed the above Opposition using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*Stephen P. Heymann*
STEPHEN P. HEYMANN
Assistant U.S. Attorney

1