**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | 15-cr-10323-IT |
| DANIEL GIBSON and MARK KESNER, | ) ) ) | |
| Defendants. | ) ) | |

### SERVER STATUS REPORT

The United States files this Status Report concerning the Behman Hambelton computer server.

On September 26, Daniel Gibson and Mark Kesner supplied a revised list of search terms to be applied to the Behman Hambelton computer server. This was supplemented on September 28, 2016 by a list of file extensions.

It was not possible to build off of the forensic work done prior to the last hearing. An IRS computer investigative specialist again added an image of the Behman Hambelton server to a forensic computer, verified the image and processed it. Processing involved hashing the image files, extracting email messages from their applicable source files, extracting files from archive files, and extracting metadata from files. After processing was completed, the entire image was indexed to allow for quicker searching of keywords. At the completion of this task, there were approximately 1.3 million files.

All files were initially sorted by their "Created" date and all files that were created after 06/09/2011 were excluded from the analysis.

The Excel and Quickbooks files were located within the image and tagged. These items were exported out of the image into their own folder. To avoid duplication, these items were then excluded from the remaining analysis.

The image was then reviewed according to the file and folder list provided by the defendants. All folders listed were reviewed and any documents that met the file extension requirement tagged and then exported. These files were similarly segregated and then excluded from the remaining analysis to avoid duplication.

The defendants requested files which contained approximately 170 keywords. The computer investigative specialist initially attempted to implement this request with a batch load, but was not successful. He is now in the middle of the significantly more time consuming process of searching for one word at a time instead.

IRS expects to have the process completed early next week and then will FedEx copies of the selected files here. The government will supplement this report on Friday, October 14th, by which time they are expected to be here.

For the reasons stated at the last status conference, the Government and the defendants continue to oppose Behman Hambelton's position that the firm must be served with a subpoena before returning records that they have determined are not privileged contained in files provided to them from the Government's copy of the Behman Hambelton server.

                Respectfully Submitted,

                CARMEN M. ORTIZ
                United States Attorney

By:   *Stephen P. Heymann*
      STEPHEN P. HEYMANN
      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

       I hereby certify that on this day, October 7, 2016, I electronically filed the above Opposition using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                                 *Stephen P. Heymann*
                                                 STEPHEN P. HEYMANN
                                                 Assistant U.S. Attorney