**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | 15-cr-10323-IT |
| DANIEL GIBSON and MARK KESNER, | ) ) ) | |
| Defendants. | ) ) | |

## SUPPLEMENTAL SERVER STATUS REPORT

The United States files this Status Report concerning the Behman Hambelton computer server.

The forensic work on the server has continued to be time-consuming, but is within a few days of being completed. To date, approximately 364,000 files which satisfy the defendants' search parameters have been identified of which approximately 350,000 predate March 9, 2011. While these approximations are considered good, the numbers are expected to increase somewhat before the forensic analysis is completed. Efforts have been made to minimize duplication, but it has not been possible to ensure that there would be no duplication whatsoever.

Of the approximately 364,000 files, there are approximately the following numbers of the types indicated:

    .doc/.docx – 190,000 (Word files)
    excel/quickbooks – 8,500
    email – 80,000+ (.pst files and .eml files)
    .pdf – 12,000

                                            Respectfully Submitted,

                                            CARMEN M. ORTIZ
                                            United States Attorney

                            By:   *Stephen P. Heymann*
                                  STEPHEN P. HEYMANN
                                  Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

        I hereby certify that on this day, October 14, 2016, I electronically filed the above Opposition using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                            *Stephen P. Heymann*
                                            STEPHEN P. HEYMANN
                                            Assistant U.S. Attorney