UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:15-cr-10323-IT-1 |
| | * | |
| DANIEL GIBSON, | * | |
| | * | |
| Defendant. | * | |

## VERDICT

With respect to the Counts listed below, we, the jury, find the defendant Daniel Gibson:

| COUNT | DESCRIPTION | GUILTY OR NOT GUILTY |
|---|---|---|
| 1 | Filing a False Tax Return - 2008 | Guilty |
| 2 | Filing a False Tax Return - 2009 | Guilty |
| 5 | Conspiracy to Impede and Impair the IRS | Guilty |

I certify that the verdict is unanimous.

Date: 5/1/2019

/Signature of Foreperson