UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Criminal Action No. 1:15-cr-10323-IT |
| DANIEL P. GIBSON, | * | |
| | * | |
| Defendant. | * | |

ORDER

March 3, 2020

TALWANI, D.J.

Defendant having now reported to the designated BOP facility pursuant to the court's January 24, 2020 Order [#486], Defendant's Assented-to Motion for Release of Bail [#488] is GRANTED. The Clerk is INSTRUCTED to release $151,865.06 of the cash bond in partial satisfaction of the court's Order on Restitution [#489] and the remainder, $98,134.94, to Lynn Gibson, via check.

IT IS SO ORDERED.

Indira Talwani
United States District Judge